IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACK EDWARDS, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | **Case No. 15-CV-6304** |
| v. | ) ) ) | |
| MATTHEW GOLDFARB, ROBERT H. HOTZ, JACK LIEBAU, JR., BRUCE M. LISMAN, JAMES A. MITAROTONDA, ROBERT ROSENBLATT, JANE SCACCETTI, ROBERT L. NARDELLI, SCOTT SIDER, JOHN T. SWEETWOOD, ANDREA M. WEISS, and THE PEP BOYS – MANNY, MOE & JACK,  BRIDGESTONE RETAIL OPERATIONS, LLC, BRIDGESTONE AMERICAS, INC., AND TAJ ACQUISITION CO., | ) ) ) ) ) ) ) ) ) ) | |
| and | ) ) | |
| THE PEP BOYS – MANNY, MOE & JACK, a Pennsylvania corporation, Nominal Defendant. | ) ) ) ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Jack Edwards ("Plaintiff"), by and through his attorneys of record as evidenced by the signature of counsel hereto, voluntarily dismisses the above-captioned action, without prejudice and without costs.  Counsel for Plaintiff hereby reserves their rights to seek attorneys' fees and costs.  Defendants have neither served an answer nor a motion for summary judgment in the above-captioned action.   No monetary consideration has been provided or promised in exchange for this dismissal; no class certification motion has been filed; no class member will be prejudiced by this dismissal; and no notice to class members is necessary.

//

| | |
|---|---|
| Dated: February 5, 2016 | **BRODSKY & SMITH, LLC** |
| | /s/ Evan J. Smith |
| | Evan J. Smith, Esq. |
| | Two Bala Plaza, Suite 510 |
| | Bala Cynwyd, PA 19004 |
| | Tel: (610) 667-6200 |
| | Fax: (610) 667-9029 |
| | |
| | LEVI & KORSINSKY LLP |
| | Joseph E. Levi |
| | Julia J. Sun |
| | 30 Broad Street, 24th Floor |
| | New York, New York 10004 |
| | Tel: (212) 363-7500 |
| | Fax: (866) 367-6510 |
| | |
| | *Attorneys for Plaintiff* |